

**WALSH PIZZI O'REILLY FALANGA**

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 5, 2019

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *Amgen Inc., et al. v. Adello Biologics, LLC*
     Civil Action No. 2:18-cv-03347 (CCC)(MF)

Dear Judge Cecchi:

  This firm, together with Paul, Weiss, Rifkind, Wharton & Garrison LLP, represents Plaintiffs Amgen Inc. and Amgen Manufacturing Limited (collectively "Amgen") in connection with the above-referenced matter. We write to respectfully propose a briefing schedule concerning Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals, Inc.'s ("Amneal") Motion to Dismiss (D.E. 70).

  With the consent of Amneal and Defendant Adello Biologics, LLC, Amgen will shortly file a Second Amended Complaint, which will effectively terminate Amneal's motion at D.E. 70. Amneal will file an updated Motion to Dismiss ("Motion") within a week of Amgen's filing of the Second Amended Complaint. We respectfully request that the deadline for Amgen's opposition to the Motion be set for February 1, 2019, and that Amneal be provided two weeks to file its reply, or until February 15, 2019. Defendants consent to this briefing schedule.

  If the requested briefing schedule is acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket.

  As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

               Respectfully submitted,

               *s/Liza M. Walsh*

               Liza M. Walsh

cc: All Counsel of Record (via ECF and Email)

Hon. Claire C. Cecchi, U.S.D.J.
January 5, 2019
Page 2

SO ORDERED:

_____
Hon. Claire C. Cecchi, U.S.D.J.

Case 2:18-cv-03347-CCC-MF   Document 75   Filed 01/05/19   Page 2 of 2 PageID: 1325