

**WALSH PIZZI O'REILLY FALANGA**

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 22, 2019

**VIA ECF AND FIRST-CLASS MAIL**
Hon. Mark Falk, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Amgen Inc., et al. v. Adello Biologics, LLC*
              Civil Action No. 2:18-cv-03347 (CCC)(MF)

Dear Judge Falk:

      This firm, together with Paul, Weiss, Rifkind, Wharton & Garrison LLP, represents Plaintiffs Amgen Inc. and Amgen Manufacturing Limited (collectively "Amgen") in connection with the above-referenced matter. Amgen along with Adello Biologics, LLC ("Adello") and Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals, Inc. (together, "Amneal") jointly submit the below schedule for the Court's consideration, and respectfully request that it be entered.[1]

      The parties met and conferred, and respectfully submit the below amended case schedule for the Court's consideration:

| Event | Scheduling Order Date (Dkt. No. 69) | Proposed Date |
|---|---|---|
| Amneal's invalidity contentions and related document production | December 21, 2018 | 45 days after service of Amgen's infringement contentions |
| Amneal's non-infringement contentions and related document production | December 21, 2018 | 45 days after service of Amgen's infringement contentions |

---

[1] The parties are currently in negotiations regarding Plaintiffs' Second Amended Complaint as well as amended contentions as to Adello and initial contentions as to Amneal, and Amgen anticipates submitting a request to the Court as to the Second Amended Complaint and contentions, on consent, in the near future. With that understanding, the parties have agreed to the deadlines in the proposed schedule for responding to the contentions.

Hon. Mark Falk, U.S.M.J.
January 22, 2019
Page 2

| Event | Scheduling Order Date (Dkt. No. 69) | Proposed Date |
|---|---|---|
| Adello's amended invalidity contentions and related document production | N/A | 45 days after service of Amgen's amended infringement contentions |
| Adello's amended non-infringement contentions and related document production | N/A | 45 days after service of Amgen's amended infringement contentions |
| Amgen's response to Amneal's invalidity contentions | January 14, 2019 | 15 days after service of Amneal's invalidity contentions |
| Amgen's response to Adello's amended invalidity contentions | N/A | 15 days after service of Adello's amended invalidity contentions |
| Exchange proposed terms for claim construction | January 22, 2019 | February 14, 2019 |
| Exchange preliminary proposed claim constructions and supporting intrinsic and extrinsic evidence | February 5, 2019 | February 27, 2019 |
| Exchange intrinsic and extrinsic evidence that each party intends to rely upon to oppose other party's proposed construction | February 19, 2019 | March 12, 2019 |
| Meet-and-confer to narrow the issues and to finalize preparation of a Joint Claim Construction and Prehearing Statement | February 25, 2019 | March 15, 2019 |
| Joint Claim Construction and Prehearing Statement | March 4, 2019 | March 22, 2019 |
| Deadline for substantial completion of document production | March 18, 2019 | April 1, 2019 |
| Complete claim construction discovery, other than experts | March 25, 2019 | April 5, 2019 |
| Opening *Markman* briefs and supporting evidence | April 8, 2019 | April 15, 2019 |
| Discovery from experts submitting Markman declaration | May 6, 2019 | May 10, 2019 |

Hon. Mark Falk, U.S.M.J.
January 22, 2019
Page 3

All remaining deadlines in the Court's Scheduling Order (Dkt. No. 69) shall remain unchanged.

Should the parties' proposed amended case schedule meet with Your Honor's approval, we respectfully request that this letter be "So Ordered" and entered on the docket. Of course, should Your Honor require additional information, we will file a formal application at the Court's direction.

We thank the Court for its consideration, and should Your Honor or Your Honor's staff have any questions, we are always available.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF and Email)

SO ORDERED:
_____
Hon. Mark Falk, U.S.M.J.

1/23/19