<div style="display: flex;">

<div>

Gregory D. Miller
Jenna Z. Gabay
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
Telephone: (201) 287-2460

*Attorneys for Defendants,*
*Amneal Pharmaceuticals LLC,*
*Amneal Pharmaceuticals, Inc.*
*and Kashiv BioSciences, LLC*

*Of Counsel:*
Richard de Bodo (admitted *pro hac vice*)
**THEODORA ORINGHER PC**
1840 Century Park East
Suite 500
Lost Angeles, California 90067
Telephone: (310) 788-3520

Olga Berson (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2049 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 907-1000

*Attorneys for Defendants,*
*Amneal Pharmaceuticals LLC and*
*Amneal Pharmaceuticals, Inc.*

</div>

<div>

Margaret E. Ives (admitted *pro hac vice)*
Eric J. Marandett (admitted *pro hac vice)*
Sophie F. Wang (admitted *pro hac vice*
Bryana T. McGillycuddy (admitted *pro hac vice)*
Kevin C. Quigley (admitted *pro hac vice*)
Caila R. Heyison (admitted *pro hac vice*)
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000

*Attorneys for Defendant,*
*Kashiv BioSciences, LLC*

</div>

</div>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMGEN INC. and<br>AMGEN MANUFACTURING LIMITED,<br><br>                  Plaintiffs,<br>   v.<br><br>KASHIV BIOSCIENCES, LLC,<br>AMNEAL PHARMACEUTICALS, LLC,<br>and AMNEAL PHARMACEUTICALS, INC.<br><br>                  Defendants. | C.A. No. 2:18-cv-03347-CCC-MF<br><br>**NOTICE OF**<br>**MOTION TO SEAL** |

TO: ALL COUNSEL

**PLEASE TAKE NOTICE** that on November 18, 2019, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals, Inc. ("Amneal") and Defendant Kashiv BioSciences, LLC ("Kashiv") (collectively, "Defendants"), through their respective attorneys herein, will move before this Court for an Order sealing Defendants' Confidential and/or Highly Confidential Information in:

- Letter from Liza M. Walsh to the Hon. Mark Falk, U.S.M.J. requesting leave to amend Amgen's infringement contentions, dated August 22, 2019 (D.E. 141);

- Letter from Kashiv and Amneal to the Hon. Mark Falk, U.S.M.J. re: D.E. 141, dated September 12, 2019 (D.E. 145); and

- Letter from Liza M. Walsh to the Hon. Mark Falk, U.S.M.J. in further support of Amgen's request for leave to amend Amgen's Infringement Contentions re: D.E. 141, dated September 26, 2019 (D.E. 150).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(d)(4) and 5.3(c)(1), no legal brief is required, and all relevant information required by Local Civil Rule 5.3(c)(3) has been set forth in the accompanying Declaration of Gregory D. Miller;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith for the Court's consideration in accordance with Local Civil Rule 7.1(e); and

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited consent to the relief requested herein.

Dated: October 22, 2019

By: *s/ Gregory D. Miller*
    Gregory D. Miller
    Jenna Z. Gabay
    **RIVKIN RADLER LLP**
    25 Main Street, Suite 501
    Court Plaza North
    Hackensack, New Jersey 07601
    Telephone: (201) 287-2460

*Attorneys for Defendants,*
*Amneal Pharmaceuticals LLC,*
*Amneal Pharmaceuticals, Inc.*
*and Kashiv BioSciences, LLC*

    *Of Counsel:*
    Richard de Bodo (admitted *pro hac vice*)
    **THEODORA ORINGHER PC**
    1840 Century Park East
    Suite 500
    Lost Angeles, California 90067
    Telephone: (310) 788-3520

    Olga Berson (admitted *pro hac vice*)
    **MORGAN, LEWIS & BOCKIUS LLP**
    2049 Century Park East, Suite 700
    Los Angeles, California 90067
    Telephone: (310) 907-1000

*Attorneys for Defendants,*
*Amneal Pharmaceuticals LLC and*
*Amneal Pharmaceuticals, Inc.*

Margaret E. Ives (admitted *pro hac vice)*
Eric J. Marandett (admitted *pro hac vice)*
Sophie F. Wang (admitted *pro hac vice*
Bryana T. McGillycuddy (admitted *pro hac vice)*
Kevin C. Quigley (admitted *pro hac vice*)
Caila R. Heyison (admitted *pro hac vice*)
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000

*Attorneys for Defendant,*
*Kashiv BioSciences, LLC*